UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANTA G. PHILLIPS-BERRY | CIVIL ACTION |
| VERSUS | NUMBER: 18-7738 |
| PATRICIA BLACKWELL SCURLOCK, ET AL. | SECTION: "F"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's suit is dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 19th day of September, 2018.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE